```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TRISTAN CREASEY               :        CIVIL ACTION
                              :
          v.                  :
                              :
HYDRO EXTRUSION USA, LLC      :        NO. 24-6458
```

ORDER

AND NOW, this 3rd day of January, 2025, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that this action is REMANDED to the Court of Common Pleas of Philadelphia County.

BY THE COURT:


/s/   Harvey Bartle III
                                            J.